UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

KCS Contracting, LLC,                      Case No. 3:21-cv-1219

       Plaintiff

v.                                      JUDGMENT ENTRY

City of Perrysburg, Ohio, et al.,

       Defendants

For the reasons stated in the Memorandum Opinion and Order filed concurrently, Plaintiff's motion for a temporary restraining order is denied. (Doc. No. 1-5).

The parties shall file a joint status report by July 7, 2021. This status report should address whether KCS wishes to pursue a preliminary injunction and expedited discovery in light of my ruling on the motion for a temporary restraining order. If KCS does seek to proceed with these pending motions, the status report should propose a briefing schedule for those motions.

                                                      s/ Jeffrey J. Helmick
                                                      United States District Judge