IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| KCS CONTRACTING, LLC, | ) | Case No. 3:21-cv-01219-JJH |
| Plaintiff, | ) ) | Judge Jeffrey J. Helmick |
| v. | ) ) | **DISMISSAL ORDER** |
| THE CITY OF PERRYSBURG, *et al.*, | ) ) ) | |
| Defendants. | ) | |

This cause came before this Court on the representations of the Parties, by and through their attorneys, that all matters in controversy and dispute herein have been adjusted and settled to the mutual satisfaction of all, and upon their request that this Court enter an Order dismissing this cause with prejudice. Finding said request to be well taken,

IT IS ORDERED, ADJUDGED AND DECREED that this cause be, and the same hereby is, dismissed with prejudice. The Court shall retain jurisdiction to enforce the terms of the settlement. Both parties to pay their own costs, including but not limited to court costs and attorney fees.

s/ Jeffery J. Helmick
Judge Jeffrey J. Helmick

APPROVED:

/s/ Nick A. Nykulak
Nick A. Nykulak

*Attorney for Plaintiff*

/s/ Byron S. Choka
Byron S. Choka
*Attorney for Defendants*